UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MARSHALL,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No.  CV-09-3118-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br><br>(Ct. Rec. 27) |

The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 27**). The parties have filed a consent to proceed before a magistrate judge (Ct. Rec. 8).

After considering the stipulation, **IT IS ORDERED** that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will address plaintiff's counsel's request to cross-examine Wing Chau, M.D., who conducted a post-hearing examination and submitted a report. The ALJ will offer plaintiff a new hearing and the opportunity to submit additional evidence and argument.

Because this remand is pursuant to sentence four of 42 U.S.C.

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

§ 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 27**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 16th day of December, 2010.

                                        *s/James P. Hutton*
                                        JAMES P. HUTTON
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2