# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

ROBERT MARSHALL,      )
                    )
        Plaintiff,    )
                    )      NO.  CV-09-3118-JPH
      vs.             )
                    )      **JUDGMENT IN A**
MICHAEL J. ASTRUE,    )         **CIVIL CASE**
Commissioner of Social Security, )
                    )
        Defendant.  )
                    )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 16th day of December, 2010.

JAMES R. LARSEN
District Court Executive/Clerk

by: ___ s/ Karen White_____
_____Deputy Clerk

cc: all counsel